GEORGE TAYLOR and Another, Copartners, etc., Respondents, v. BRONX TOWING LINE, INC., Appellant.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, on the ground that issues of fact are presented which require a trial. Present — Dowling, P. J., Finch, McAvoy and Proskauer, JJ.

A. CANCELMO, Respondent, v. ATLANTIC COAST LINE RAILROAD COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Finch, J., dissents.

HENRY BAER, Respondent, v. ELIZABETH HARTOG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account, etc., of THE CHEMICAL NATIONAL BANK OF NEW YORK, as Executor, etc., of GEORGE CHRISTOPHER RIGGS, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LOUIS BLUMENKRANZ, Respondent, v. MIKE WEINBERG DRESS CO., INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the finding that there was no change in the terms of the original contract is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. [131 Misc. 796.]

SHERICON CORPORATION, Respondent, v. MORRIS COOPERSMITH and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the complaint does not set forth a cause of action in equity. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JAMES MURPHY, an Infant, etc., Respondent, v. STEEPLECHASE AMUSEMENT Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

HAROLD H. JACKSON and Another, Copartners, etc., Respondents, v. 315 WEST 79TH STREET CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB KRAMER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent on the ground that the judgment is against the weight of the evidence.

THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., v. ALTA ROCKEFELLER PRENTICE, E. PARMALEE PRENTICE and Another.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.